# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| TYRONE HURT, | ) |  |
| --- | --- | --- |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Docket no. 2:14-cv-502-GZS |
|  | ) |  |
| UNITED STATES HOUSE OF REPRESENTATIVES, et al., | ) ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Complaint, contained within the Complaint is an "affidavit of poverty," which the Court treats as a motion to proceed *in forma pauperis*. The Court assumes that Plaintiff's financial information is as represented in his most recently filed application to proceed *in forma pauperis* (ECF No. 4 in D. Me. Docket # 1:14-cv-416-GZS). Therefore, his Application to Proceed *In Forma Pauperis* (ECF No. 2) is hereby GRANTED. Upon the Court's review of the Complaint, the Court concludes this case must be DISMISSED in accordance with 28 U.S.C. § 1915(e)(2).

To the extent that the handwritten Complaint contains any discernable allegations, it appears that Plaintiff, a resident of the District of Columbia, is attempting to bring a case against the United States House of Representatives and the United States Senate. His request for relief indicates he is seeking a million dollars in damages as well as the elimination of the Federal Equal Credit Opportunity Act and the Consumer Credit Protection Act. In short, the Complaint does not articulate a personal, particularized injury to Plaintiff and fails to state any plausible claim against the named defendants, particularly a claim that would be properly venued in the District of Maine. Thus, the Court concludes the present Complaint fails to state a claim and must be DISMISSED.

The Court notes that Mr. Hurt began filing frivolous complaints with this Court on August 21, 2014 and to-date has filed 14 such cases. It appears that Plaintiff mailed the present complaint to this Court on November 17, 2014. On November 19, 2014, this Court dismissed a different frivolous case filed by Mr. Hurt and issued him a first *Cok* warning, as is customary in this Circuit. (*See* ECF No. 2 in D. Me. Docket # 1:14-cv-484-GZS.) On November 24, 2014, the Court reiterated its *Cok* warning in connection with dismissing another frivolous case filed by Mr. Hurt. (*See* ECF No. 3 in D. Me. Docket # 1:14-cv-499-GZS.) This Order marks the eighth summary dismissal of a case filed by this Plaintiff and the third and final warning to Mr. Hurt that the Court will restrict his filing in the District of Maine if he mails further complaints to this Court that are similarly illegibly handwritten and substantively frivolous.

The Court hereby certifies that any appeal from this Order would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 1st day of December, 2014.